IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| **KENNETH WILLIAMS,** : | |
| : | |
| **Plaintiff** : | |
| : | |
| VS. : | |
| : | NO. 7:13-CV-0047-HL-TQL |
| : | |
| **Warden MARTY ALLEN,** *et. al.* : | |
| : | |
| **Defendants** : | |

_____

### ORDER

Plaintiff **KENNETH WILLIAMS**, a state prisoner currently confined at Valdosta State Prison, attempted to file a *pro se* civil rights action under 42 U.S.C. § 1983.  On April 12, 2013 (ECF No. 4), the United States Magistrate Judge ordered Plaintiff to file a standard 42 U.S.C. § 1983 complaint, a pauper's affidavit, and an account certification form.  Plaintiff was given twenty-one days to comply and advised that a failure to comply may result in the dismissal of his Complaint.  Plaintiff, nonetheless, failed to respond to the Order within the time allowed.  When Plaintiff failed to respond to the April 12, 2013, Order, the Magistrate Judge entered a second order, dated May 20, 2013, requiring Plaintiff to respond and show cause why his lawsuit should not be dismissed for failure to comply.  The time for responding to the Order to Show Cause has now passed, and Plaintiff has again failed to respond to an order of this Court.

Plaintiff's repeated failure to respond leads this Court to believe that he is no longer interested in prosecuting this case.  For this reason and because of Plaintiff's failure to comply

with the Court's instructions and failure to prosecute, Plaintiff's Complaint is hereby **DISMISSED** without prejudice.

**SO ORDERED**, this 19th day of July, 2013.

*s/ Hugh Lawson*
HUGH LAWSON, JUDGE
UNITED STATES DISTRICT COURT

jlr